31 So.2d 146

### D. L. BROGDEN v. STATE.
#### 4 Div. 457.

Supreme Court of Alabama.
June 26, 1947.

A. A. Carmichael, Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the petition.

E. O. Baldwin, of Andalusia, opposed.

FOSTER, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Brogden v. State, 31 So.2d 144.

Writ denied.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.